THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM EARL " R "*, Appellant.—

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OTIS WILLIAMS, Appellant.— No opinion. (See *People v. Ali,* 35 A D 2d 435.) Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.

* Fictitious name.